On April 16, 1965, the court rendered an opinion, 170 Ct. Cl. 408, 344 F. 2d 333, together with findings of fact, hold *1176 ing that plaintiffs were entitled to recover, with the amount of recovery reserved for further proceedings. On October 12, 1965, the court adopted the recommendation of the trial commissioner, including a stipulation of the parties filed October 4,1965, and entered judgment for plaintiffs as shown below:
Plaintiff Amount
Abbott, Proctor & Paine--- $2, 666.32
Bacbe & Co---10, 715.37
Blair & Co., Incorporated--- 2, 316.29
Courts & Co--- 2, 795.28
Dean Witter & Co--- 7,149.63
Dreyfus & Co--- 697. 05
duPont, Francis I. & Co--- 11, 945.17
Eastman Dillon, Union Securities & Co--- 3,349.20
Ctoodbody & Co--- 7,273. 55
Harris, Upbam & Co--- 6, 775.65
Hogle, J. A. & Co--- 3,031. 01
Hutton, E. F. & Co--- 7, 862.11
"Merrill Lynch, Pierce, Fenner & Smith, Incorporated--- 21, 609.14
Paine, Webber, Jackson & Curtis--- 6, 932. 52
Reynolds & Co--- 6, 625.28
Shearson, Hamm.ill & Co--- 5,257. 32
Thomson & McKinnon--- 6, 710.61
Walston & Co., Inc--- 9, 534.09
White, Weld & Co--- 2,484.62